U.S. District Court Web PACER(v2.4-NDGA) Docket Report    Case 1:04-cv-10273-REK    Document 17-2    Filed 02/10/2004    Page 1 of 4    Page 1 of 4

Docket as of December 30, 2003 6:56 pm                               Web PACER (v2.4-NDGA)

# U.S. District Court
## U.S. District Court for the Northern District of Georgia (Atlanta

### CIVIL DOCKET FOR CASE #: 03-CV-3223

### Gilmore v. Citigroup, Inc., et al

Filed: 10/22/03
Assigned to: Judge Thomas W. Thrash
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 190
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity - Breach of Contract

---

| | |
|---|---|
| RICHARD H. GILMORE, On behalf of himself and all others similarly situated<br>    plaintiff | Christi A. Cannon<br>[COR LD NTC]<br>Corey Daniel Holzer<br>[COR LD NTC]<br>Michael Ira Fistel, Jr.<br>[COR LD NTC]<br>Holzer Holzer & Cannon<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>770-392-0090 |
| v. | |
| CITIGROUP, INC.<br>    defendant | George Wayne Hillis, Jr.<br>404-420-5547<br>[COR LD NTC]<br>Aaron William Lipson<br>[COR LD NTC]<br>Parker Hudson Rainer & Dobbs<br>285 Peachtree Center Avenue, N.E.<br>1500 Marquis II Tower<br>Atlanta, GA 30303<br>404-523-5300 |
| SMITH BARNEY, INC.<br>    defendant | George Wayne Hillis, Jr.<br>(See above)<br>[COR LD NTC]<br>Aaron William Lipson<br>(See above)<br>[COR LD NTC] |
| SALOMON SMITH BARNEY, INC.<br>    defendant | George Wayne Hillis, Jr.<br>(See above)<br>[COR LD NTC] |

```
                                    Aaron William Lipson
                                    (See above)
                                    [COR LD NTC]

SALOMON BROTHERS INC                George Wayne Hillis, Jr.
     defendant                      (See above)
                                    [COR LD NTC]
                                    Aaron William Lipson
                                    (See above)
                                    [COR LD NTC]

CITIFINANCIAL, INC.                 George Wayne Hillis, Jr.
     defendant                      (See above)
                                    [COR LD NTC]
                                    Aaron William Lipson
                                    (See above)
                                    [COR LD NTC]

TRAVELERS GROUP, INC                George Wayne Hillis, Jr.
     defendant                      (See above)
                                    [COR LD NTC]
                                    Aaron William Lipson
                                    (See above)
                                    [COR LD NTC]

ABC CORPS, 1-100
     defendant

JOHN DOES 1-100, inclusive
     defendant
```

# DOCKET PROCEEDINGS
Click on the 📄 Icon to View the Document Display Cost.

DATE      # IMG             DOCKET   ENTRY

10/22/03  1      📄   CLASS ACTION COMPLAINT filed. Consent form to proceed
                      before U.S. magistrate and pretrial instructions given to
                      attorney; jury demand FILING FEE $ 150 RECEIPT # 512740 (dr)
                      [Entry date 10/28/03]

10/31/03  2      📄   Summons issued for defendant Citigroup, Inc. (dr)
                      [Entry date 10/31/03]

10/31/03  3      📄   Summons issued for defendant Smith Barney, Inc. (dr)
                      [Entry date 10/31/03]

10/31/03  4      📄   Summons issued for defendant Salomon Smith Barney (dr)
                      [Entry date 10/31/03]

10/31/03  5      📄   Summons issued for defendant Salomon Brothers Inc (dr)
                      [Entry date 10/31/03]

10/31/03  6      📄   Summons issued for defendant CitiFinancial, Inc. (dr)

|  |  |  |  |
|---|---|---|---|
| | | | [Entry date 10/31/03] |
| 10/31/03 | 7 | | Summons issued for defendant Travelers Group, Inc (dr) [Entry date 10/31/03] |
| 12/9/03 | 8 | | WAIVER OF SERVICE Returned Executed as to Travelers Group, Inc mailed 11/15/03 Answer due by 1/14/04 for Travelers Group, Inc (dr) [Entry date 12/11/03] |
| 12/9/03 | 9 | | WAIVER OF SERVICE Returned Executed as to CitiFinancial, Inc. mailed 11/15/03 Answer due by 1/14/04 for CitiFinancial, Inc. (dr) [Entry date 12/11/03] |
| 12/9/03 | 10 | | WAIVER OF SERVICE Returned Executed as to Salomon Brothers Inc mailed 11/15/03 Answer due by 1/14/04 for Salomon Brothers Inc (dr) [Entry date 12/11/03] |
| 12/9/03 | 11 | | WAIVER OF SERVICE Returned Executed as to Salomon Smith Barney mailed 11/15/03 Answer due by 1/14/04 for Salomon Smith Barney (dr) [Entry date 12/11/03] |
| 12/9/03 | 12 | | WAIVER OF SERVICE Returned Executed as to Citigroup, Inc. mailed 11/15/03 Answer due by 1/14/04 for Citigroup, Inc. (dr) [Entry date 12/11/03] |
| 12/9/03 | 13 | | WAIVER OF SERVICE Returned Executed as to Smith Barney, Inc. mailed 11/15/03 Answer due by 1/14/04 for Smith Barney, Inc. (dr) [Entry date 12/11/03] |
| 12/16/03 | 14 | | Notice of Filing of tag-along action not by defendants Citigroup, Inc., Smith Barney, Inc., Salomon Smith Barney, Salomon Brothers Inc, CitiFinancial, Inc., Travelers Group, Inc. (dr) [Entry date 12/17/03] |
| 12/29/03 | 15 | | Joint MOTION to extend time to answer complaint (bsm) [Entry date 12/30/03] |
| 12/29/03 | 16 | | CONSENT ORDER by Judge Thomas W. Thrash GRANTING [15-1] joint motion to extend time to answer complaint, answer shall be due 10 days after USDC Dist of Mass receives the official case file from this court (cc) (bsm) [Entry date 12/30/03] |
| 12/29/03 | -- | | Added attorneys for Citigroup, Inc., Smith Barney, Inc., Salomon Smith Barney, Salomon Brothers Inc, CitiFinancial, Inc., Travelers Group, Inc : George Wayne Hillis Jr., Aaron William Lipson. (bsm) [Entry date 12/30/03] |

Case Flags:
4
MOS

END OF DOCKET: 1:03cv3223

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/10/2004 09:56:56 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 1:03cv03223 |
| Billable Pages: | 4 | Cost: | 0.28 |

Cost displayed is for docket sheet only.