# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS
CLERK OF COURT

CIVIL SECTION
404-215-1655

February 26, 2004

Tony Anastas, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: *Richard H. Gilmore v. Citigroup, Inc., et al.*
Civil Action File No. 1:03-CV-3223-TWT
MDL No. 1354

Dear Mr. Anastas:

Pursuant to an order of the MDL Panel received February 18, 2004, we are transferring the above entitled case to your district for inclusion in MDL #1354.

Enclosed you will find the entire original file and a certified copy of our docket sheet.

Please acknowledge receipt of this file upon the copy of this letter.

Sincerely,

Luther D. Thomas
Clerk of Court

By: Dennis Richardson
Deputy Clerk

Enclosures
cc: Counsel of Record

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS
CLERK OF COURT

CIVIL SECTION
404-215-1655

February 26, 2004

Tony Anastas, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   *Richard H. Gilmore v. Citigroup, Inc., et al.*
      Civil Action File No. 1:03-CV-3223-TWT
      MDL No. 1354

Dear Mr. Anastas:

Pursuant to an order of the MDL Panel received February 18, 2004, we are transferring the above entitled case to your district for inclusion in MDL #1354.

Enclosed you will find the entire original file and a certified copy of our docket sheet.

Please acknowledge receipt of this file upon the copy of this letter.

Sincerely,

Luther D. Thomas
Clerk of Court

By: Dennis Richardson
Deputy Clerk

Enclosures
cc:   Counsel of Record