```
                                                         CLOSED 4 MOS
                       U.S. District Court
U.S. District Court for the Northern District of Georgia (Atlanta
             CIVIL DOCKET FOR CASE #: 03-CV-3223

Gilmore v. Citigroup, Inc., et al              Filed: 10/22/03
Assigned to: Judge Thomas W. Thrash      Jury demand: Plaintiff
Demand: $0,000                           Nature of Suit:  190
Lead Docket: None                        Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity - Breach of Contract


RICHARD H. GILMORE, On behalf    Christi A. Cannon
of himself and all others        [COR LD NTC]
similarly situated               Corey Daniel Holzer
     plaintiff                   [COR LD NTC]
                                 Michael Ira Fistel, Jr.
                                 [COR LD NTC]
                                 Holzer Holzer & Cannon
                                 1117 Perimeter Center West
                                 Suite E-107
                                 Atlanta, GA 30338
                                 770-392-0090


     v.


CITIGROUP, INC.                  George Wayne Hillis, Jr.
     defendant                   404-420-5547
                                 [COR LD NTC]
                                 Aaron William Lipson
                                 [COR LD NTC]
                                 Parker Hudson Rainer & Dobbs
                                 285 Peachtree Center Avenue,
                                 N.E.
                                 1500 Marquis II Tower
                                 Atlanta, GA 30303
                                 404-523-5300


SMITH BARNEY, INC.               George Wayne Hillis, Jr.
     defendant                   (See above)
                                 [COR LD NTC]
                                 Aaron William Lipson
                                 (See above)
                                 [COR LD NTC]


SALOMON SMITH BARNEY, INC.       George Wayne Hillis, Jr.
     defendant                   (See above)
```

```
Proceedings include all events.
1:03cv3223 Gilmore v. Citigroup, Inc., et al                           CLOSED
                                                                       4 MOS
                                [COR LD NTC]
                                Aaron William Lipson
                                (See above)
                                [COR LD NTC]

    SALOMON BROTHERS INC       George Wayne Hillis, Jr.
        defendant              (See above)
                                [COR LD NTC]
                                Aaron William Lipson
                                (See above)
                                [COR LD NTC]

    CITIFINANCIAL, INC.        George Wayne Hillis, Jr.
        defendant              (See above)
                                [COR LD NTC]
                                Aaron William Lipson
                                (See above)
                                [COR LD NTC]

    TRAVELERS GROUP, INC       George Wayne Hillis, Jr.
        defendant              (See above)
                                [COR LD NTC]
                                Aaron William Lipson
                                (See above)
                                [COR LD NTC]

    ABC CORPS, 1-100
        defendant

    JOHN DOES 1-100, inclusive
        defendant
```

```
                                                                        CLOSED
Proceedings include all events.
1:03cv3223 Gilmore v. Citigroup, Inc., et al                            4 MOS
```

| Date | # | Entry |
|---|---|---|
| 10/22/03 | 1 | CLASS ACTION COMPLAINT filed. Consent form to proceed before U.S. magistrate and pretrial instructions given to attorney; jury demand FILING FEE $ 150 RECEIPT # 512740 (dr) [Entry date 10/28/03] |
| 10/31/03 | 2 | Summons issued for defendant Citigroup, Inc. (dr) [Entry date 10/31/03] |
| 10/31/03 | 3 | Summons issued for defendant Smith Barney, Inc. (dr) [Entry date 10/31/03] |
| 10/31/03 | 4 | Summons issued for defendant Salomon Smith Barney (dr) [Entry date 10/31/03] |
| 10/31/03 | 5 | Summons issued for defendant Salomon Brothers Inc (dr) [Entry date 10/31/03] |
| 10/31/03 | 6 | Summons issued for defendant CitiFinancial, Inc. (dr) [Entry date 10/31/03] |
| 10/31/03 | 7 | Summons issued for defendant Travelers Group, Inc (dr) [Entry date 10/31/03] |
| 12/9/03 | 8 | WAIVER OF SERVICE Returned Executed as to Travelers Group, Inc mailed 11/15/03 Answer due by 1/14/04 for Travelers Group, Inc (dr) [Entry date 12/11/03] |
| 12/9/03 | 9 | WAIVER OF SERVICE Returned Executed as to CitiFinancial, Inc. mailed 11/15/03 Answer due by 1/14/04 for CitiFinancial, Inc. (dr) [Entry date 12/11/03] |
| 12/9/03 | 10 | WAIVER OF SERVICE Returned Executed as to Salomon Brothers Inc mailed 11/15/03 Answer due by 1/14/04 for Salomon Brothers Inc (dr) [Entry date 12/11/03] |
| 12/9/03 | 11 | WAIVER OF SERVICE Returned Executed as to Salomon Smith Barney mailed 11/15/03 Answer due by 1/14/04 for Salomon Smith Barney (dr) [Entry date 12/11/03] |
| 12/9/03 | 12 | WAIVER OF SERVICE Returned Executed as to Citigroup, Inc. mailed 11/15/03 Answer due by 1/14/04 for Citigroup, Inc. (dr) [Entry date 12/11/03] |
| 12/9/03 | 13 | WAIVER OF SERVICE Returned Executed as to Smith Barney, Inc. mailed 11/15/03 Answer due by 1/14/04 for Smith Barney, Inc. (dr) [Entry date 12/11/03] |
| 12/16/03 | 14 | Notice of Filing of tag-along action not by defendants Citigroup, Inc., Smith Barney, Inc., Salomon Smith Barney, Salomon Brothers Inc, CitiFinancial, Inc., Travelers Group, Inc. (dr) [Entry date 12/17/03] |
| 12/29/03 | 15 | Joint MOTION to extend time to answer complaint (bsm) [Entry date 12/30/03] |

Proceedings include all events.                                              CLOSED
1:03cv3223 Gilmore v. Citigroup, Inc., et al
                                                                             4 MOS

12/29/03  16    CONSENT ORDER by Judge Thomas W. Thrash GRANTING [15-1]
                joint motion to extend time to answer complaint, answer
                shall be due 10 days after USDC Dist of Mass receives the
                official case file from this court (cc) (bsm)
                [Entry date 12/30/03]

12/29/03  --    Added attorneys for Citigroup, Inc., Smith Barney, Inc.,
                Salomon Smith Barney, Salomon Brothers Inc, CitiFinancial,
                Inc., Travelers Group, Inc : George Wayne Hillis Jr., Aaron
                William Lipson. (bsm) [Entry date 12/30/03]

2/18/04   17    Certified Copy of Order from the MDL Panel TRANSFERRING
                action to USDC District of Massachusetts for inclusion in
                MDL 1354 (dr) [Entry date 02/26/04]

2/18/04   --    Case terminated. (dr) [Entry date 02/26/04]

2/26/04   --    Transmittal of original file and certified copy of docket
                sheet sent to District of Massachusetts for inclusion in
                MDL 1354 (dr) [Entry date 02/26/04]


                                              ATTEST: A TRUE COPY
                                                 CERTIFIED THIS

                                                 FEB 2 6 2004

                                              Luther D. Thomas, Clerk
                                              By: _____
                                                   Deputy Clerk