AO 440 (Rev. 10/93) Summons in a Civil Action

## United States District Court

NORTHERN **DISTRICT OF** GEORGIA

RICHARD H. GILMORE, on behalf
of himself and all other similarly situated
persons

VIII.

CITIGROUP, INC., SMITH BARNEY, INC.
SALOMON SMITH BARNEY, INC., and
SALOMON BROTHERS, INC., CITIFINANCIAL, INC.
AND TRAVELERS GROUP, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**1 03 CV-3223**

TO: (Name and address of defendant)

TRAVELERS GROUP, INC.
C/O CT CORPORATION SYSTEM
1201 PEACHTREE STREET, NE
ATLANTA, GEORGIA 30361

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CHRISTI A. CANNON
HOLZER HOLZER & CANNON, LLC
1117 PERIMETER CENTER WEST
SUITE E-107
ATLANTA, GEORGIA 30338

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

OCT 3 1 2003

DATE

1

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.