**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD H. GILMORE, On behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., SMITH BARNEY INC., SALOMON SMITH BARNEY INC., SALOMON BROTHERS INC., CITIFINANCIAL INC. and TRAVELERS GROUP INC.<br><br>Defendants. | CIVIL ACTION FILE NO.<br>03-CV-3223-TWT |

**JOINT MOTION FOR ENTRY OF
CONSENT ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT**

The parties hereby jointly request that the Court extend the time for Defendants Citigroup, Inc., Smith Barney Inc., Salomon Smith Barney Inc., Salomon Brothers Inc., Citifinancial Inc., and Travelers Group Inc. to answer, plead, or otherwise respond to the Complaint of Plaintiff Richard H. Gilmore until ten days after the United States District Court for the District of Massachusetts

receives the official case file from this Court. A proposed Consent Order is attached hereto as <u>Exhibit A</u>.

Respectfully submitted this 29th day of December, 2003.

                          **PARKER, HUDSON, RAINER & DOBBS LLP**

By: _____
        G. Wayne Hillis, Jr.
        Georgia Bar No. 354090
        Aaron W. Lipson
        Georgia Bar No. 453828

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

Of Counsel:

Seth M. Schwartz
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

                        Attorneys for Defendants Citigroup, Inc., Smith Barney Inc., Salomon Smith Barney Inc., Salomon Brothers Inc., Citifinancial Inc., and Travelers Group Inc.

**[signatures continued on following page]**

**HOLZER HOLZER & CANNON, LLC**

By: _Corey D. Holzer (by Attr w/ express permission)_
Corey D. Holzer
Georgia Bar No. 364698

1117 Perimeter Center West
Suite E-107
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

Attorney for Plaintiff Richard H. Gilmore



# EXHIBIT / ATTACHMENT

### A

(To be scanned in place of tab)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD H. GILMORE, On behalf of Himself and All Others Similarly Situated, :<br><br>Plaintiff, :<br><br>v. :<br><br>CITIGROUP, INC., SMITH BARNEY INC., SALOMON SMITH BARNEY INC., SALOMON BROTHERS INC., CITIFINANCIAL INC. and TRAVELERS GROUP INC. :<br><br>Defendants. : | CIVIL ACTION FILE NO.<br>03-CV-3223-TWT |

## CONSENT ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Plaintiff Richard H. Gilmore's ("Plaintiff") and Defendants Citigroup, Inc., Smith Barney Inc., Salomon Smith Barney Inc., Salomon Brothers Inc., Citifinancial Inc., and Travelers Group Inc. (collectively, "Defendants") joint motion to extend the time for Defendants to answer, plead, or otherwise respond to Plaintiff's Complaint.

The Court GRANTS said motion and hereby extends the time in which Defendants may answer, plead, or otherwise respond to Plaintiff's Complaint, until ten days after the United States District Court for the District of Massachusetts receives the official case file from this Court.

The parties' obligations with respect to Federal Rule of Civil Procedure 26 and Northern District of Georgia Local Rules 3.3, 16.1, 16.2 and 26.1 shall not commence until such time as Defendants answer, plead or otherwise respond to Plaintiff's Complaint in this Court.

IT IS SO ORDERED, THIS \_\_\_\_ DAY OF _____, 200\_\_.

---

Thomas W. Thrash, Jr.
Judge, United States District Court
Northern District of Georgia

**[Consent signatures on following page]**

Consented to by:

/s/ G. Wayne Hinlis, Jr.

G. Wayne Hinlis, Jr.
Aaron W. Lipson
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409


/s/ Corey D. Holzer (by MLC/express permission)

Corey D. Holzer
Holzer Holzer & Cannon, LLC
1117 Perimeter Center West
Suite E-107
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a copy of the forgoing **JOINT MOTION FOR ENTRY OF CONSENT ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** upon all parties to this matter by causing to be deposited a true copy of same in the United States mail, proper postage prepaid, addressed to counsel of record as follows:

Michael A. Collora, Esq.
Dwyer & Collora, L.L.P.
600 Atlantic Avenue
Boston, Massachusetts 02210

Richard L. Coffman, Esq.
Law Offices of Richard L. Coffman, P.C.
550 Fannin Street, Suite 1212
Beaumont, Texas 77701

Bruce H. Nagel, Esq.
Nagel, Rice, Dreifuss & Mazie
301 South Livingston Avenue
Livingston, New Jersey 07039

Ashley D. Posner, Esq.
Law Offices of Ashley D. Posner
15303 Ventura Boulevard, Suite 900
Sherman Oaks, California 91403

Corey D. Holzer, Esq.
Holzer Holzer & Cannon, LLC
1117 Perimeter Center West
Suite E-107
Atlanta, Georgia 30338

This ____ day of December, 2003.

By: _____
Aaron W. Lipson