

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C., Atlanta
DEC 2 9 2003
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD H. GILMORE, On
behalf of Himself and All Others
Similarly Situated,

      Plaintiff,

v.

CITIGROUP, INC., SMITH
BARNEY INC., SALOMON
SMITH BARNEY INC.,
SALOMON BROTHERS INC.,
CITIFINANCIAL INC. and
TRAVELERS GROUP INC.

      Defendants.

CIVIL ACTION FILE NO.
03-CV-3223-TWT

## CONSENT ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Plaintiff Richard H. Gilmore's ("Plaintiff") and Defendants Citigroup, Inc., Smith Barney Inc., Salomon Smith Barney Inc., Salomon Brothers Inc., Citifinancial Inc., and Travelers Group Inc. (collectively, "Defendants") joint motion to extend the time for Defendants to answer, plead, or otherwise respond to Plaintiff's Complaint.

The Court GRANTS said motion and hereby extends the time in which Defendants may answer, plead, or otherwise respond to Plaintiff's Complaint, until ten days after the United States District Court for the District of Massachusetts receives the official case file from this Court.

The parties' obligations with respect to Federal Rule of Civil Procedure 26 and Northern District of Georgia Local Rules 3.3, 16.1, 16.2 and 26.1 shall not commence until such time as Defendants answer, plead or otherwise respond to Plaintiff's Complaint in this Court.

IT IS SO ORDERED, THIS __29__ DAY OF __December__, 200_3_.

*Thomas W. Thrash*
Thomas W. Thrash, Jr.
Judge, United States District Court
Northern District of Georgia

**[Consent signatures on following page]**

Consented to by:

*/s/ G. Wayne Hillis, Jr.*

G. Wayne Hillis, Jr.
Aaron W. Lipson
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409


*/s/ Corey D. Holzer (by WL c/express permission)*

Corey D. Holzer
Holzer Holzer & Cannon, LLC
1117 Perimeter Center West
Suite E-107
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029