UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                          )
In re                                     )
                                          )   MDL-1354 (REK)
CITIGROUP INC. CAPITAL ACCUMULATION       )
PLAN LITIGATION                           )   D. MASS. C.A. NO.
                                          )   00-11912-REK
-------------------------------------------  )
                                          )
JOHNIE F. WEEMS, III, on behalf of himself)
and all other similarly situated persons, )
       Plaintiffs                         )
                                          )
       v.                                 )   (Gilmore v. Smith Barney, Inc., et
CITIGROUP INC., TRAVELERS GROUP, INC.,    )   al., N.D. Ga. C.A. No. 03-3233)
SALOMON SMITH BARNEY HOLDINGS, INC.,      )
SALOMON SMITH BARNEY, INC. and            )
PRIMERICA FINANCIAL SERVICES, INC.,       )
       Defendants                         )
_____)
```

**Final Judgment**
June 22, 2006

For the reasons stated in Practice and Procedure Order 19, dated June 30, 2004, and at the Case Management Conference, held on March 1, 2006, Gilmore v. Smith Barney, Inc. et al, N.D. Ga C.A. No. 03-3233, is DISMISSED WITHOUT PREJUDICE.


\_\_\_\_\_/s/Robert E. Keeton\_\_                    \_/s/Karen Folan_____
       Robert E. Keeton                            Karen Folan, Deputy Clerk
Senior United States District Judge